UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WOODSON,<br><br>    Petitioner,<br><br>v.<br><br>NEIL McDOWELL, Warden,<br><br>    Respondent. | No. CV19-1401-VAP (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Respondent's Motion to Dismiss is GRANTED IN PART AND DENIED IN PART as follows:

(1) Respondent's motion to dismiss based on *Younger* abstention is GRANTED;

(2) Respondent's motion to dismiss based on exhaustion is DENIED;

(3) Petitioner's request for a stay is DENIED.

1    IT IS FURTHER ORDERED that judgment be entered dismissing the Petition
2 for Writ of Habeas Corpus without prejudice.

DATED: June 29, 2021

_____
VIRGINIA A. PHILLIPS
United States District Judge