UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS WOODSON, | ) | NO. CV 19-1401-VAP (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| NEIL McDOWELL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed without prejudice.

DATED: June 29, 2021

_____
VIRGINIA A. PHILLIPS
United States District Judge